Case 4:21-cv-00206   Document 4   Filed on 05/04/21 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
May 04, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JESSE LEE DRONES, (TDCJ #00472216) | § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. 4:21-cv-206 |
| ALEXIS N. HOUSON, | § § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL

State inmate Jesse Lee Drones (TDCJ #00472216) has filed this *pro se* civil rights complaint under 42 U.S.C. § 1983. Although most of his pleadings are difficult to decipher, he appears to allege that Correctional Officer Alexis N. Houston threatened and harassed him for money and drugs. Drones filed a motion for leave to proceed *in forma pauperis* in this proceeding (Docket Entry No. 2).

Drones is a "three strikes" inmate who is barred from proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915(g). *See, e.g., Drones v. Pipkin, et al.*, Civ. A. No. H-00-34 (S.D. Tex. Feb. 6, 2001) (dismissing case as frivolous); *Drones v. Cockrell, et al.*, Civ. A. No. H-01-2691 (S.D. Tex. Dec. 31, 2001) (dismissing case with prejudice under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim); *Drones v. State Classification Committee*, Civ. A. No. H-01-2741 (S.D. Tex. Jan 31, 2002) (dismissing case for failure to state a claim). Under the "three strikes" provision in § 1915(g), a prisoner is not allowed to bring a civil action *in forma pauperis* in federal court if, while incarcerated, three or more of his civil actions or appeals were dismissed as frivolous, malicious, or for failure to state a claim for

which relief may be granted, unless he is in "imminent danger of serious physical injury." *Id.* Once a prisoner has accumulated three qualifying dismissals or strikes for purposes of § 1915(g), he may not proceed without prepayment of the filing fee unless he fits within the imminent-danger exception at the time his complaint is filed. *See Banos v. O'Guin*, 144 F.3d 883, 885 (5th Cir. 1998).

The pleadings in this case do not show that the plaintiff is under imminent danger of serious physical injury or that he fits within the exception found in 28 U.S.C. § 1915(g). Because Plaintiff is not eligible to proceed *in forma pauperis*, the Court will dismiss the complaint without prejudice as barred by § 1915(g).

Accordingly, the Court **ORDERS** as follows:

1. This case is **DISMISSED** without prejudice as barred by 1915(g).
2. The motion for leave to proceed *in forma pauperis*, (Docket Entry No. 2), is **DENIED**.

SIGNED at Houston, Texas, on May 4, 2021.

_____
ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE