United States District Court
Southern District of Texas
**ENTERED**
May 04, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JESSE LEE DRONES, <br> (TDCJ #00472216) <br><br> Plaintiff, <br><br> v. <br><br> ALEXIS N. HOUSON, <br><br> Defendant. | § § § § § § § § § § § <br><br> CIVIL ACTION NO. 4:21-cv-206 |

**FINAL JUDGMENT**

For the reasons set forth in the Court's Order of Dismissal signed on this day, this case is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on May 4, 2021.

_____
ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE